UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GREGORY R. SCHWARTZ,

                          Plaintiff,                    **ORDER**

                -against-                   23 Civ. 1248 (AEK)

MIDDLETOWN CITY SCHOOL DISTRICT
and RICHARD DELMORO, former
Superintendent of Middletown City
School District,

                        Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the parties have reached a settlement in principle in this

matter.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any

party, and without prejudice to restoring the action to the Court's calendar, provided the

application is made within thirty (30) days of this Order.  Any application to reopen that is filed

after thirty (30) days from the date of this Order may be denied solely on that basis.

Dated: May 18, 2026
       White Plains, New York

                                 _____
                             ANDREW E. KRAUSE
                             United States Magistrate Judge